# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2270

_____

United States of America,

        Appellee,

v.

Santiago Villagomez-Lopez,

        Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Southern District of Iowa.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: January 18, 2005
Filed: January 19, 2005

_____

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Santiago Villagomez-Lopez appeals from the final judgment entered by the district court[1] upon his guilty plea to an illegal-reentry charge, in violation of 8 U.S.C. § 1326(a). On appeal, his counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the district court did not exercise discretion in denying a downward departure for overrepresentation of criminal history. Having reviewed the record, we conclude that the district judge recognized that he had the authority to depart, properly based his decision on the facts

_____

[1] The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

of the case, and made a discretionary decision based on those facts.  Having found no other nonfrivolous issues after reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we affirm.  We also grant counsel's motion to withdraw.

_____